# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SCOTT BELDING, et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Vessel COLUMBIA QUEEN, *in rem*, and CQ RIVER CRUISES LLC, a foreign limited liability company dba GREAT AMERICAN RIVER JOURNEYS and GREAT AMERICAN JOURNEYS, *in personam*,<br><br>    Defendants,<br><br>―――――――――――――<br><br>AMBASSADORS CRUISE GROUP, LLC, a foreign limited liability company,<br><br>    Claimant, Intervenor and Third Party Plaintiff,<br><br>vs.<br><br>The Vessel COLUMBIA QUEEN, *in rem*, and CQ ACQUISITIONS, LLC, a Washington limited liability company, *in* | IN ADMIRALTY<br><br><br><br>CASE NO. CV 06533 ST<br><br>JUDGMENT BY DEFAULT AGAINST CQ ACQUISITION, LLC, UNDER FRCP 54(B) AND FRCP 55(B) FOR LESS THAN ALL CLAIMS OR PARTIES |

Page 1 -   LIMITED DEFAULT JUDGMENT AGAINST CQ ACQUISITION, LLC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

*personam*, and CQ RIVER CRUISES LLC, a foreign limited liability company dba GREAT AMERICAN RIVER JOURNEYS and GREAT AMERICAN JOURNEYS, *in personam*,

On claimant Ambassadors Cruise Group, LLC's ("Ambassadors") Motion for Judgment by Default Against CQ Acquisition, LLC, under FRCP 54(B) and FRCP 55(B) for less than all Claims or Parties, the affidavits of Hamilton H. Emery and Joseph McCarthy, this Court's Order Granting Entry of Default Against CQ Acquisition, LLC, on Ambassadors' Complaint in Intervention, and the court being otherwise advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that Ambassadors has a Judgment by Default against CQ Acquisition, LLC, for breach of the MARAD promissory note, in the amount of $914,960.03 with interest accruing at the rate of six percent (6%) per annum from the date of judgment as provided in the promissory notes;

IT IS FURTHER ORDERED AND ADJUDGED that Ambassadors is entitled to judgment for its reasonable attorney fees and costs and disbursements incurred herein, the amount of which shall be determined pursuant to FRCP 58.

## MONEY AWARD

1. Judgment Creditor:

    Ambassadors Cruise Group, LLC,
    1071 Camelback St
    Newport Beach, CA 92660
    (949) 579-5951

2. Attorney for Judgment Creditor:

    Hamilton H. Emery, OSB #05245
    C. Kent Roberts, OSB # 80101
    Schwabe, Williamson & Wyatt
    1211 SW 5th Ave, Suites 1500-1900
    Portland, OR 97204
    (503) 222-9981

3. Judgment Debtor #1:

    CQ Acquisition, LLC
    2001 Lakewood Drive
    Olympia, WA 98501
    Date of Birth: N/A
    Social Security No.: N/A

Page 2 -   LIMITED DEFAULT JUDGMENT AGAINST CQ ACQUISITION, LLC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX/115474/148665/HHE/1483838.2

| | | |
|---|---|---|
| 4. | Attorney for Judgment Debtors: | None known |
| 5. | Other persons or public bodies who are entitled to any portion of a payment made on this judgment: | None known |
| 6. | Deficiency amount on MARAD Note: | $914,960.03 |
| 7. | Attorney fees: | To be determined pursuant to FRCP 58 |
| 8. | Cost and disbursements: | To be determined pursuant to FRCP 58 |
| 9. | Post-judgment interest on item 6 at the amount of $142.42 per day (6% per annum on the unpaid principal balance of $866,394.81) from date of entry of judgment until fully paid. | |

Dated this 13th day of November, 2007.

_____
U.S. District Court Judge

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

_____
C. Kent Roberts, OSB #80101
Hamilton H. Emery, OSB #05245
Schwabe, Williamson & Wyatt, P.C.

Page 3 -  LIMITED DEFAULT JUDGMENT AGAINST CQ ACQUISITION, LLC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX/115474/148665/HHE/1483838.2